DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: 866-790-2242
Facsimile: 888-802-2440
Electronic Mail: daniel@malakauskas.com

Attorney for PLAINTIFF

RICHARD MORIN, SBN 285275
Law Office of Rick Morin, P.C.
555 Capitol Mall, Suite 750
Sacramento, CA 95814
Telephone: 916-333-2222
Electronic Mail: legal@rickmorin.net

Attorney for DEFENDANTS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| **WILLIAM HOPSON**, <br><br> PLAINTIFF, <br><br> v. <br><br> **GW SERVICES LIMITED LIABILITY COMPANY**, doing business as "Glacier Water", **GERALD J. VANDERLANS**, as an individual, and in his representative capacity for the Gerald J. Vanderlans Family Trust, and DOES 1-10, inclusive, <br><br> DEFENDANTS. | Case No.: 2:16-cv-1510-WBS-DB <br><br> **STIPULATED DISMISSAL WITH PREJUDICE** <br><br> [Fed. R. Civ. P. 41] |

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1).  The parties shall bear their own costs and

attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Dated: October 3rd, 2016.                          /s/Daniel Malakauskas
                                                   By: Daniel Malakauskas,
                                                   Attorney for Plaintiff

Dated: October 3rd, 2016                           /s/Richard Morin
                                                   By: Richard Morin
                                                   Attorney for Defendants

## ORDER

**IT IS HEREBY ORDERED** that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1). The parties shall bear their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Dated:  October 17, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE